JOHN C. RODGERS, Respondent, *v.* AMBROSE B. STANNARD, Appellant.

*Rodgers* v. *Stannard,* 126 App. Div. 916, affirmed.
(Argued May 18, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover on contract.

*Herbert C. Smyth, Charles C. Sanders* and *George S. Scofield, Jr.,* for appellant.

*David B. Hill* and *John W. Boothby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HIS-COCK and CHASE, JJ. Absent: CULLEN, Ch. J.